FILED

2023 Jun-28  PM 02:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

**PFE/KMP July 2023**
**GJ#18**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| CORNELIUS ABODUR BROWNLEE, JR. | ) | |

## INDICTMENT

**COUNT ONE:  [18 U.S.C. § 922(o) and 924(a)(2)]**

The Grand Jury charges that:

On or about the 1st day of June 2023, in Jefferson County, within the Northern District of Alabama, the defendant,

**CORNELIUS ABODUR BROWNLEE, JR.,**

did knowingly possess a machinegun, that is, a Glock 10mm pistol modified by the replacement of the slide cover with a machinegun conversion device designed to enable automatic fire, more commonly referred to as a "Glock switch," in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

**COUNT TWO:**  **[26 U.S.C. § 5861(d)]**

The Grand Jury further charges that:

On or about the 1st day of June 2023, in Jefferson County, within the Northern District of Alabama, the defendant,

**CORNELIUS ABODUR BROWNLEE, JR.,**

knowingly received and possessed a firearm, that is, a Glock 10mm pistol modified by the replacement of the slide cover with a machinegun conversion device designed to enable automatic fire, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

A TRUE BILL


*/s/ Electronic Signature*
FOREPERSON OF THE GRAND JURY

PRIM F. ESCALONA
United States Attorney


*/s/ Electronic Signature*
KRISTY M. PEOPLES
Assistant United States Attorney